UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY JENKINS WELLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2043** |
| **BURGER KING #502** | **SECTION "C"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rodney Jenkins Wells's 42 U.S.C. § 1983 claims against the defendants, Owner/Operator of Burger King #502 and Ms. Alexis, the manager, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Wells's state law negligence claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 4th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE